| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

JASON DENT, §
　§
　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:18-CV-470
　§
MARCH INCH, *et al.*, §
　§
　　Defendants. §

## MEMORANDUM OPINION AND ORDER

Plaintiff, Jason Dent, an inmate confined at FCI Adelanto, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 seeking an Emergency Motion for Injunction against defendants at FCC Beaumont.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the complaint pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 4th day of February, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE